# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| John Reynolds, | ) |
|     Substituted Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) 13-0546-CV-W-JTM |
| Carolyn W. Colvin, | ) |
|     Defendant. | ) |

## O R D E R

On Thursday, July 10, 2014, the Court heard oral argument on the *Plaintiff's Initial Brieff*, filed November 4, 2013, [Doc. 9] and the *Brief For Defendant*, filed January 18, 2014, [Doc. 12]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                                 */s/ John T. Maughmer*
                                                 **JOHN T. MAUGHMER**
                                                 **U. S. MAGISTRATE JUDGE**